FILED
June 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003585275

EDWARD A. SMITH (SBN: 139950)
JOHN D. MAXEY (SBN: 117617)
DUDUGJIAN & MAXEY
A LAW CORPORATION
13 SIERRAGATE PLAZA BLDG B
ROSEVILLE, CALIFORNIA 95678
Telephone: (916) 786-7272

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ADAM REGAN JOSEPH JONES AND ALLANA ANN JONES,<br><br>Debtors. | Case No. 11-35359-C-7<br>Chapter 7<br>Docket Control # JDM-001<br><br>Date:  July 26, 2011<br>Time:  9:30 a.m.<br>Place: Courtroom 35, Dept. C<br>       501 I Street, 6th Floor<br>       Sacramento, CA 95814<br>Judge: Christopher M. Klein |

### DEBTORS' MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S BUSINESS AS ASSET OF ESTATE [11 U.S.C. §§554(b), 721]

Debtors ADAM REGAN JOSEPH JONES AND ALLANA ANN JONES, by and through their attorney of record, Edward A. Smith of the law firm of Dudugjian & Maxey, will and hereby do bring a Motion to Compel Trustee to Abandon the Estate's Interest in Debtors' sole proprietorship business known as Peerless Home Services ("Business") pursuant to 11 U.S.C. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

1

By this motion Debtors request that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtors' Business on the following grounds:

1. Debtors' Business does not possess or own any non-exempt assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate,

2. The primary asset of the business is the goodwill, i.e., skills, knowledge and training of the debtor, Adam Jones, an asset which has no value to the bankruptcy estate, and;

3. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

Dated: June 22, 2011
DUDUGJIAN & MAXEY
A Law Corporation

By:    /s/ Edward A. Smith
EDWARD A. SMITH
Attorneys for Debtors